# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL ACTION NO. 4:13-CR-0216 |
| JONATHAN MICHAEL LOMBARDI, | § § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for four (4) months and fifteen (15) days followed by a term of supervised release of thirty-one (31) months and fifteen (15) days. As a special condition of supervision and upon release from custody, Defendant shall be released into the custody of his mother, Camille Lombardi, to be

promptly delivered for assessment and admission into an in-patient treatment center. Defendant is not to leave the treatment center under any circumstances. Upon completion of a treatment program, the Defendant will reside with his mother unless otherwise authorized by his supervising officer and will be subject to a term of home confinement of four (4) months and fifteen (15) days. The Defendant shall notify the Court within thirty (30) days of release from custody if not accepted into an in-patient treatment center and thereupon Defendant shall be returned to the custody of the United States Marshal at the Fannin County Jail, or as otherwise directed.

The Court also recommends that Defendant be housed in the Bureau of Prisons Pollock, Louisiana facility, if appropriate.

**IT IS SO ORDERED.**

**SIGNED** this the 20 day of **January, 2017.**

_____
Thad Heartfield
United States District Judge